In the Matter of the Judicial Settlement of the Account of Proceedings of Fanny Kendrick, Lilly Kendrick and I. Vernon Weisbrod, as Trustees under the Will of Charles E. Kendrick, Deceased. Rodolph U. Delapenha, Executor under the Last Will and Testament of Cora E. Kendrick, Deceased, Appellant; Fanny Kendrick, Lilly Kendrick and I. Vernon Weisbrod, Trustees under the Last Will of Charles E. Kendrick, Deceased, Respondents.— Appeal from a decree of the Surrogate's Court, Nassau County, settling and allowing the account of respondents as trustees and disallowing appellant's objections thereto except the objection that respondents should not receive commissions. Decree unanimously affirmed, with costs, payable by appellant personally. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of Louis H. Pink, as Superintendent of Insurance of the State of New York, as Liquidator of New York Title and Mortgage Company, Respondent, for an Order Directing Winside Holding Corporation, Appellant, Owner of Premises No. 31–35 Winthrop Street, Brooklyn, N. Y., in the County of Kings, to Make Available All Records and Data Pertaining to the Income and Disbursements of the Said Premises, and to Pay the Surplus Income, if Any, to the Petitioner, to Be Applied Toward the Payment of the Past Due Principal of Petitioner's Mortgage Covering Said Premises Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. (Proceeding No. 1. For Six Months Ending August 31, 1938. Proceeding No. 2. For Six Months Ending February 28, 1939.) — Proceedings under section 1077-c of the Civil Practice Act to direct payment, in reduction of past due principal of mortgage, of the surplus, if any, produced by mortgaged property. Orders denying appellant's motions to vacate notices of hearing before an official referee and to deny petitioner's applications to pay over surplus income and to vacate orders of reference affirmed, with one bill of ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of William Rosenfeld and Theresa S. Rosenfeld for an Order Directing The Savings Bank of Utica to Execute and Deliver an Assignment of Mortgage Covering Premises 75–58 177th Street, County of Queens, State of New York. The Savings Bank of Utica, Appellant; William Rosenfeld and Theresa S. Rosenfeld, Respondents.— Order directing appellant to execute, acknowledge and deliver an assignment of a mortgage, without recourse to itself, to the nominee of the respondents upon payment of the principal amount with interest, premium and fee, affirmed, with fifty dollars costs and disbursements. The time of appellant to comply with the directions of the order is extended until five days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. [173 Misc. 667.]

In the Matter of the Application of Noah Klepper, as Administrator, etc., of Yetta Sussman, Also Known as Yette Sussman and Yettie Sussman, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. Noah Klepper, as Administrator, etc., of Yetta Sussman, etc., Deceased, Respondent; Hannah Brownstein and Daniel Brownstein, Appellants.— Order of the Surrogate's Court, Kings County, denying appellants' motion to vacate a discovery order, in so far as appealed from, affirmed, with ten dollars costs and disbursements, examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.